**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALFONSO HENRY TALAMANTES,<br><br>        Petitioner,<br><br>    v.<br><br>SCOTT FRAUENHEIM, Warden,<br><br>        Respondent. | Case No. CV 14-3711 CJC (SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

\\
\\
\\
\\

1 **IT IS ORDERED** that the Petition is denied and Judgment shall
2 be entered dismissing this action with prejudice.
3
4 **IT IS FURTHER ORDERED** that the Clerk serve copies of this
5 Order and the Judgment herein on Petitioner at his current address
6 of record.
7
8 **LET JUDGMENT BE ENTERED ACCORDINGLY.**
9
10 DATED: March 11, 2016
11 _____
 CORMAC J. CARNEY
 UNITED STATES DISTRICT JUDGE