# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALFONSO HENRY TALAMANTES,<br><br>        Petitioner,<br><br>   v.<br><br>SCOTT FRAUENHEIM, Warden,<br><br>        Respondent. | Case No. CV 14-3711 CJC (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 11, 2016

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE